**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BARBARA D. WRIGHT-LANGHAMMER                                                                   PLAINTIFF

v.                                         NO. 5:08CV00335 JLH

TED SUHL; JOEL LANDRENEAU; and LORD'S
RANCH BEHAVIORAL HEALTH CARE SYSTEM, INC.                                   DEFENDANTS

## NOTICE

The complaint in this case was filed on December 18, 2008. More than 120 days have passed. Plaintiff has not filed proof of service on the defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Notice is hereby given to the plaintiff that the Court will dismiss this action without prejudice unless proof of service is filed on or before May 8, 2009, or the plaintiff establishes good cause for the failure to serve summons and complaint within 120 days after the filing of the complaint.

DATED this 24th day of April, 2009.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE