## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BARBARA D. WRIGHT-LANGHAMMER                                              PLAINTIFF

v.                                    NO. 5:08CV00335 JLH

LORD'S RANCH BEHAVIORAL HEALTH CARE
SYSTEM, INC.; ARKANSAS COUNSELING
ASSOCIATES, INC.; and ARKANSAS
COUNSELING ASSOCIATES 2007                                                DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 20th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE